# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__HENRY  EVANDER  JONES__ , Bar # __5822853__

was duly admitted to practice in the Court on

__April 05, 2022__

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.            On        __December 20, 2023__
            New York, New York

__Ruby J. Krajick__        By        __s/ V. Adolphe__
Clerk of Court                       Deputy Clerk