AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, __Brenna B. Mahoney__, Clerk of this Court, certify that __Henry Evander Jones__, Bar # __5822853__, was duly admitted to practice in this Court on __05/19/2022__, and is in good standing as a member of the Bar of this Court.

Dated at __Brooklyn__
*(Location)*
on __12/20/2023__
*(Date)*

__Brenna B. Mahoney__
*CLERK OF COURT*

*DavidAfrani*
David Afrani  , *DEPUTY CLERK*

