**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| IVAN SHANE STORZ, | ) | |
| Trustee of the I. Shane Storz Trust, | ) | |
| | ) | |
| DARLENE STORZ, | ) | Case No. 4:23-cv-01496-SEP |
| Trustee of the Darlene Storz Living Trust, and | ) | |
| | ) | |
| S. DARNEA WOOD, | ) | JOINT MOTION TO STRIKE |
| | ) | AND EXTEND TIME |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SOUTHERN AIRWAYS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Together, Plaintiffs Ivan Shane Storz, Darlene Storz, and S. Darnea Wood ("Plaintiffs") and defendant Southern Airways Corporation ("SAC") respectfully move the Court to:

(a) direct the Clerk of Court to ***strike*** Plaintiffs' opposition memoranda of law at ECF Nos. 19, 20 and 21;

(b) ***extend*** the deadline to January 31, 2024 for Plaintiffs to file a new opposition memorandum of law; and

(c) ***extend*** the deadline to March 1, 2024 for SAC to file a reply thereto.

This is the first request for an extension. The purpose is to allow Plaintiffs to replace the documents at ECF Nos. 19, 20 and 21 with a single, shorter opposition memorandum, and to create a briefing schedule that accommodates obligations on the respective counsels' calendars. The parties thank the Court for its attention to this motion.

Dated:  Saint Louis, Missouri
        January 17, 2024

*S/ Donald E. Heck*
LAW OFFICES OF DONALD E. HECK:
Donald E. Heck # ED24577
Donald E. Heck II # ED64489
13321 North Outer Forty Road
Chesterfield, Missouri 63107
Tel. (314) 786-1217
Fax (314) 786-1201
donheckatty@gmail.com
*Attorneys for Plaintiffs*

Dated:  New York, New York
        January 17, 2024

*S/ Henry E. Jones*
MORRISON-TENENBAUM, PLLC:
Henry E. Jones
Admitted Pro Hac Vice
87 Walker Street, Floor 2
New York, NY 10013
Tel: (212) 620-0938
Fax (646) 998-1972
henryj@m-t-law.com
*Attorneys for Defendant*