# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IVAN SHANE STORZ,<br>Trustee of the I. Shane Storz Trust,<br><br>DARLENE STORZ,<br>Trustee of the Darlene Storz Living Trust, and<br><br>S. DARNEA WOOD,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN AIRWAYS CORPORATION,<br><br>Defendant. | ) <br>) <br>) <br>) Case No. 4:23-cv-01496-SEP<br>) <br>) <br>) DEFENDANT SOUTHERN AIRWAYS<br>) CORPORATION'S UNOPPOSED MOTION<br>) TO VACATE THE ORDER SETTING<br>) RULE 16 CONFERENCE<br>) <br>) <br>) <br>) <br>) |

Defendant Southern Airways Corporation respectfully moves the Court, pursuant to Rule 16 of the Federal Rules of Civil Procedure, to vacate the Order Setting Rule 16 Conference (ECF No. 29) and to hold in abeyance said conference until the Court adjudicates the motion to compel arbitration and to dismiss (ECF Nos. 15, 16, 17, moving papers; 24, opposition; 25, reply).

Dated: New York, New York
May 2, 2024

Respectfully submitted:

By: *Henry E. Jones*
   Henry E. Jones
   Admitted Pro Hac Vice
MORRISON-TENENBAUM, PLLC
87 Walker Street, Second Floor
New York, NY 10013
tel. (212) 620-0938
fax (646) 998-1972
henryj@m-t-law.com
*Attorneys for Defendant*
*Southern Airways Corporation*