UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IVAN SHANE STORZ,                                  )
Trustee of the I. Shane Storz Trust,               )
                                                   )
DARLENE STORZ,                                     )
Trustee of the Darlene Storz Living Trust, and     )
                                                   )
S. DARNEA WOOD,                                    )        Case No. 4:23-cv-1496 (NCC)
                                                   )
              Plaintiffs.                          )
                                                   )
vs.                                                )
                                                   )
SOUTHERN AIRWAYS CORPORATION,                      )
                                                   )
              Defendant.                           )

## JOINT STATUS REPORT

Plaintiffs, Ivan Shane Storz, Darlene Storz, S. Darnea Wood and Defendant Southern Airways Corporation, respectfully submit this Joint Status Report pursuant to the Court's Decision and Order dated August 5, 2024 (*see* ECF 43, decision and order at 2 ["the parties must provide a joint status report regarding the progress of arbitration proceedings no later than October 4, 2024"]).

The parties have communicated multiple times and are in agreement it is in the best interest of the parties this case should, if possible, be settled.  The parties are presently engaged in good faith settlement negotiations; accordingly, the parties have not commenced arbitration proceedings.

The parties respectfully request a new Status Report date of December 4, 2024.

Respectfully Submitted,


/s/ Donald E. Heck
Donald E. Heck, #24577 (MO)
13321 North Outer Forty Road, Ste. 100
Chesterfield, MO 63017-5945
Telephone:  (314) 786-1217
donheckatty@gmail.com
*Attorney for Plaintiffs*


/s/ Henry E. Jones
Henry E. Jones
Admitted Pro Hac Vice
87 Walker Street, Second Floor
New York, NY 10013
Telephone:  (212) 620-0938
Facsimile:   (646) 998-1972
henryj@m-t-law.com
*Attorney for Defendant*
*Southern Airways Corporation*