**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IVAN SHANE STORZ, | ) | |
| Trustee of the I. Shane Storz Trust, | ) | |
| | ) | |
| DARLENE STORZ, | ) | Case No. 4:23-cv-01496-SEP |
| Trustee of the Darlene Storz Living Trust, and | ) | |
| | ) | |
| S. DARNEA WOOD, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SOUTHERN AIRWAYS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is the motion by attorney Henry Evander Jones to withdraw as counsel for Defendant Southern Airways Corporation, Doc. [51]. Generally, this Court will not allow counsel to withdraw from representation unless substitute counsel first enters an appearance for the client. This rule is especially appropriate where the client is a corporation that can act only through agents, as such an entity cannot appear *pro se* and must be represented by counsel. *See Ackra Direct Mktg. Corp. v. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1996) (citing 28 U.S.C. § 1654; *United States v. Van Stelton*, 988 F.2d 70, 70 (8th Cir. 1993)) ("the law does not allow a corporation to proceed *pro se*"). Such a corporation is subject to entry of a default judgment if it fails to obtain counsel as required by the Court. *See United Fire & Cas. Co. v. Titan Contractors Serv., Inc.*, 2014 WL 3805493, at *1 (E.D. Mo. Aug. 1, 2014) (ordering defendant corporation to retain substitute counsel or risk having its pleadings stricken and default judgment entered against it).

In light of the foregoing, the Court will hold in abeyance counsel's motion and order Defendant to obtain substitute counsel no later than September 17, 2026. If Defendant fails to obtain substitute counsel within that time, Southern Airways Corporation could be subject to a default judgment in favor of the plaintiffs. *See Ackra Direct Mktg.*, 86 F.3d at 856–57 (corporate defendant was in default on the date the court allowed counsel to withdraw because a corporation cannot proceed *pro se*). Counsel's motion to withdraw will be granted when substitute counsel enters an appearance or on September 17, 2026, whichever comes first.

Accordingly,

**IT IS HEREBY ORDERED** that the motion by Henry Evander Jones to withdraw as counsel for Defendant Southern Airways Corporation, Doc. [51], is **HELD IN ABEYANCE**, and the Court imposes a withdrawal notice period until September 17, 2026.

**IT IS FURTHER ORDERED** that Defendant shall obtain substitute counsel no later than September 17, 2026, and that Defendant's substitute counsel, if any, shall file an entry of appearance no later than September 17, 2026.

**IT IS FURTHER ORDERED** that, on September 17, 2026, or upon entry of new counsel for Defendant, whichever comes earlier, the Court will issue an order granting counsel's motion to withdraw from representation of Defendant.

Dated this 7th day of August, 2026.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

2